UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE CRAWFORD,

    Plaintiff,

v.

C. E. DUCART,

    Defendant.

Case No. 18-cv-05141-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: January 7, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge